UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION AT KNOXVILLE

| | |
|---|---|
| Tennessee Valley Financial Holdings, Inc. and TNBank of Oak Ridge, | ) ) ) |
| *Plaintiffs*, | ) ) |
| v. | ) No.: 3:12-CV-380-PLR-CCS ) |
| BancInsure, Inc. | ) ) |
| *Defendant*. | ) ) |

### Order

This matter comes before the Court on the defendant's motion to stay. [R. 22]. In support of the motion, the defendant asserts that the Insurance Commissioner for the State of Oklahoma has filed a receivership proceeding in the District Court of Oklahoma County, Oklahoma to, among other things, seek appointment as a receiver of BancInsure. The Oklahoma Court issued an order in the receivership proceeding enjoining the commencement or prosecution of any actions against BancInsure (n/k/a Red Rock) or obtaining any preferences, judgments, attachments, or other liens against Red Rock. [R. 22-1, p. 3]. In light of the injunction, BancInsure requests this case be stayed pending further orders in the receivership proceeding. The motion is unopposed. Accordingly, and for good cause shown, the defendant's motion is **Granted**. This action shall be **Stayed** pending further orders in the receivership proceeding.

**It is so ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**